IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FANNIE ARCHER, DEMETRIUS STRINGFELLOW,
WILMA BUTLER, STANLEY WALSH, FLOYD NELSON,
individually and on behalf of all others similarly situated                    PLAINTIFFS

v.                                                              CIVIL ACTION NO. 3:03cv906-DPJ-JCS

NISSAN MOTOR ACCEPTANCE CORPORATION, ET AL.                    DEFENDANTS

JUDGMENT

For the reasons given in the memorandum opinion and order entered in this case on this date,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of September, 2007.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE